NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KENNETH A. GRAVES, DOC #Y57806,       )
                                      )
            Appellant,                )
                                      )
v.                                    )       Case No.  2D19-3322
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed September 9, 2020.

Appeal from the Circuit Court for Lee
County; Nicholas R. Thompson, Judge.

Howard L. Dimmig, II, Public Defender,
and Christine Trakas Thornhill, Special
Assistant Public Defender, Bartow, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Cerese Crawford Taylor,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

            Affirmed.

CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.